Cite as 2025 Ark. App. 360

# ARKANSAS COURT OF APPEALS
## DIVISION II
No. CR-24-772

| | | |
|---|---|---|
| KEJUAN J. THOMPSON | | Opinion Delivered June 4, 2025 |
| | APPELLANT | |
| | | APPEAL FROM THE MILLER COUNTY CIRCUIT COURT |
| V. | | [NO. 46CR-23-190] |
| STATE OF ARKANSAS | | HONORABLE L. WREN AUTREY, |
| | APPELLEE | JUDGE |
| | | AFFIRMED; MOTION TO WITHDRAW GRANTED |

**ROBERT J. GLADWIN, Judge**

Appellant Kejuan J. Thompson appeals the Miller County Circuit Court's order revoking his probation in case No. 46CR-23-190 and sentencing him to six years in the Arkansas Division of Correction for his aggravated-assault conviction. Thompson's counsel filed a motion to withdraw and no-merit brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Rule 4-3(b) (2024) of the Arkansas Rules of the Supreme Court and Court of Appeals, asserting that there is no arguable claim to raise on appeal. Thompson was provided a copy of his counsel's brief and motion, but he did not file any pro se points for reversal; thus, the State did not file a responsive brief.

This is a companion case to *Thompson v. State*, 2025 Ark. App. 361, ___ S.W.3d ___, also handed down today. Thus, the relevant facts, arguments, and this court's conclusions

are set forth in the companion case and are incorporated herein. Accordingly, we affirm the revocation of Thompson's probation in case No. 46CR-23-190 and grant counsel's motion to withdraw.

Affirmed; motion to withdraw granted.

KLAPPENBACH, C.J., and TUCKER, J., agree.

*Phillip A. McGough, P.A.*, by: *Phillip A. McGough*, for appellant.

One brief only.